IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 APR 26 P 4: 35
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) CR. NO. 2:06-cr-00108-MHT |
| v. | ) [18 USC 2251(a)] |
| | ) |
| *GARETT ~~GARRETT~~ ALBERT DYKES | ) INFORMATION |

The United States Attorney Charges:

## COUNT 1

On or about the 7th day of January, 2005, in Elmore County, Alabama, and elsewhere, within the Middle District of Alabama, the defendant,

* GARETT ~~GARRETT~~ ALBERT DYKES,

used a minor, identified herein as L.M., to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depiction was produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Section 2251(a).

_Leura G. Canary_
LEURA G. CANARY
United States Attorney

_Todd A. Brown_
Todd A. Brown
Assistant United States Attorney

*NAME CORRECTED PURSUANT TO 7/28/06 ORDER, DN 23