IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | CASE NO: 2:06-cr-108-MHT |
| | ) | |
| **GARRETT ALBERT DYKES** | ) | |

### NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Christine A. Freeman, and enters her appearance as counsel for **GARRETT ALBERT DYKES** in the above-styled matter.

Dated this 1st day of May 2006.

                                      Respectfully submitted,

                                      <u>s/Christine A. Freeman</u>
                                      **CHRISTINE A. FREEMAN**
                                      **TN BAR NO.: 11892**
                                      Attorney for Defendant
                                      Federal Defenders
                                      Middle District of Alabama
                                      201 Monroe Street, Suite 407
                                      Montgomery, AL 36104
                                      TEL: (334) 834-2099
                                      FAX: (334) 834-0353
                                      E-Mail: Christine_Freeman@fd.org

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | CASE NO: 2:06-cr-108-MHT |
| ) | |
| **GARRETT ALBERT DYKES** ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Todd A. Brown, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

Respectfully submitted,

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Defendant
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org