IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA    )
    )
vs.    )    CR NO. 2:06CR108-MHT
    )
GARRETT ALBERT DYKES    )

**ORDER**

For good cause, it is

**ORDERED** that a Consent Plea hearing be and is hereby set in the above-styled

cause for **May 4, 2006 at 9:00 a.m.,** in courtroom 4B, United States Courthouse

Complex, One Church Street, Montgomery, Alabama.

The Clerk is directed to provide a court reporter for this proceeding. If the

defendant is in custody, the United States Marshal or the person having custody of the

defendant shall produce the defendant for the proceeding.

Done this 1st day of May, 2006.


    /s/Charles S. Coody
    CHARLES S. COODY
    CHIEF UNITED STATES MAGISTRATE JUDGE