UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA            )
                                    )
        v.                          )            CR. NO.   2:06-cr-108-MHT
                                    )
GARRETT ALBERT DYKES                )

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE _____, UNITED STATES MAGISTRATE JUDGE:

        Comes now the United States of America, by and through its Attorney for the Middle District

of Alabama, and represents and shows unto the Court that there is pending in the United States

District Court for the Middle District of Alabama an information against GARRETT ALBERT

DYKES, now in custody of Elmore County Jail, Wetumpka, Alabama, and that said cause is set for

a consent plea hearing at 9:00am on May 4, 2006, before this Honorable Court to be held at

Montgomery, Alabama.

        WHEREFORE, the United States Attorney prays that your Honor will direct the Clerk of this

Court to issue a WRIT OF HABEAS CORPUS AD PROSEQUENDUM addressed to the Elmore

County Jail, Wetumpka, Alabama, commanding them to deliver said prisoner, GARRETT ALBERT

DYKES, to any United States Marshal or Deputy United States Marshal and directing said Marshal

or Deputy to bring said prisoner before this Honorable Court to be held at Montgomery, Alabama.

        Respectfully submitted this 1st day of May, 2006.

                                        s/Todd A. Brown
                                        TODD A. BROWN
                                        Assistant United States Attorney
                                        One Court Square, Suite 201
                                        Montgomery, AL 36104
                                        Phone: (334)223-7280
                                        Fax: (334)223-7135
                                        E-mail: todd.brown@usdoj.gov
                                        ASB-1901-O64T