| COURTROOM DEPUTY MINUTES | DATE: May 4, 2006 | FTR RECORDING: 9:51 - 9:58 |
|---|---|---|
| MIDDLE DISTRICT OF ALABAMA | COURT REPORTER: RISA ENTREKIN | |

❏ ARRAIGNMENT   ❏ CHANGE OF PLEA   √ CONSENT PLEA

❏ RULE 44(c) HEARING   ❏ SENTENCING

| PRESIDING MAG. JUDGE: *CHARLES S. COODY* | DEPUTY CLERK: WANDA STINSON |
|---|---|
| CASE NUMBER: 2:06CR108-MHT-CSC | DEFENDANT NAME: GARRETT ALBERT DYKES |
| AUSA: TODD BROWN | DEFENDANT ATTY: CHRISTINE FREEMAN |
| | Type Counsel: ( ) Waived; (√) Retained; ( ) Panel CJA; (√) CDO |
| USPO: Ron Thweatt | |
| Defendant ___ does __√__ does NOT need and interpreter. Name: _____ | |

❏   This is defendant's **FIRST APPEARANCE**. (Docket kia.!!!)

❏   Financial Affidavit executed. **ORAL MOTION** for Appointment of Counsel.

❏   **ORAL ORDER** Appointing ❏ FPD or ❏ CJA Panel. Notice of Appearance to be filed.

√   **WAIVER OF INDICTMENT** executed and filed.

√   **FELONY INFORMATION** filed.

❏   Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**   ❏ Not Guilty   ❏ Nol Contendere   ❏ Not Guilty by reason of insanity

√ Guilty as to:   √ Count(s) __1__ of the **Felony Information**

❏ Count(s) _____   ❏ dismissed on oral motion of USA;

❏ To be dismissed at sentencing.

√   Consent to enter Guilty Plea before U.S. Magistrate Judge Executed.

❏   No Plea Agreement entered. √ Written plea agreement filed. ❏ **OPEN/ORAL** Plea Agreement.

❏ **ORDERED SEALED.**

√   **ORAL ORDER** Adjudicating defendant guilty.

❏   **ORDER:** Defendant Continued ❏ Same Conditions/Bond imposed ; ❏ Released on Bond & Conditions of Release for: ❏ Trial on _____; ❏ Sentencing on _____; ❏ to be set by Separate Order

√   **ORDER:** Defendant remanded to custody of U.S. Marshal for:

❏ Trial on _____; or √ Sentencing on _____ √ Set by separate Order.