# United States District Court

__MIDDLE__ DISTRICT OF __ALABAMA__

UNITED STATES OF AMERICA

v.

**GARRETT ALBERT DYKES**

WAIVER OF INDICTMENT

CASE NUMBER: 2:06cr108-MHT

I, __GARRETT ALBERT DYKES__, the above named defendant, who is accused of

**VIOLATIONS OF TITLE 18 USC 2251(a),**

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __May 4, 2006__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Date_

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer