IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **V.** | )     CASE NO: 2:06-cr-108-MHT |
| | ) |
| **GARRETT ALBERT DYKES** | ) |

### MOTION TO CORRECT TYPOGRAPHICAL ERROR

NOW COMES the Defendant, Garett A. Dykes, by and through undersigned counsel, and respectfully moves this Court to amend and correct the Court's records, including the caption of this case, with the correct spelling of the name of the defendant.

The defendant's name was incorrectly typed in the Information as being spelled with two "R"s. The correct spelling is and should be changed to **Garett** Albert Dykes.

It is defense counsel's understanding that other filings on this matter, including the presentence report, must be consistent with the official court caption of the case.

WHEREFORE, Defendant prays that this Motion be granted.

Respectfully submitted,

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Garett A. Dykes
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:   (334) 834-2099
FAX:   (334) 834-0353
E-Mail: Christine_Freeman@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on July 13, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

>Todd Brown, Esquire
>Susan Redmond, Esquire
>Assistant United States Attorney
>One Court Square, Suite 201
>Montgomery, Alabama 36104

>Respectfully submitted,
>
>**s/Christine A. Freeman**
>**CHRISTINE A. FREEMAN**
>**TN BAR NO.: 11892**
>Attorney for Garett A. Dykes
>Federal Defenders
>Middle District of Alabama
>201 Monroe Street, Suite 407
>Montgomery, AL 36104
>TEL:  (334) 834-2099
>FAX:  (334) 834-0353
>E-Mail: Christine_Freeman@fd.org