IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA     )
                             )
    v.                       )   CRIMINAL ACTION NO.
                             )      2:06cr108-MHT
GARRETT ALBERT DYKES         )
```

### ORDER

It is ORDERED as follows:

(1) Defendant Garrett Albert Dykes's motion to continue sentencing (Doc. No. 18) is granted.

(2) Sentencing for defendant Dykes, now set for July 27, 2006, is reset for September 7, 2006, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama, 36104.

DONE, this the 25th day of July, 2006.

　　　　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE