IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:06cr108-MHT |
| **GARETT ALBERT DYKES** | ) | |

### ORDER

Upon consideration of defendant Garett Albert Dykes's motion to correct typographical error (doc. no. 17), it is ORDERED that the government show cause, if any there be, in writing by August 1, 2006, as to why said motion should not be granted.

DONE, this the 25th day of July, 2006.

    /s/ Myron H. Thompson
    **UNITED STATES DISTRICT JUDGE**