### IN THE DISTRICT COURT OF THE UNITED STATES
### FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | |
| ) | CR. NO. 2:06-cr-108-MHT |
| **GARRETT ALBERT DYKES** ) | |

### RESPONSE TO SHOW CAUSE ORDER

**COMES NOW** the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and files its response to the Court's Show Cause Order of July 25, 2006, as follows:

1.   The government has no objection(s) to the defendant's Motion to Correct Typographical Error being granted.

Respectfully submitted, this the 27th day of July, 2006.

                                                LEURA GARRETT CANARY
                                                UNITED STATES ATTORNEY


                                                /s/ Susan Redmond
                                                SUSAN REDMOND
                                                Assistant United States Attorney
                                                Post Office Box 197
                                                Montgomery, Alabama 36101-0197
                                                (334) 223-7280
                                                (334) 223-7135 fax
                                                susan.redmond@usdoj.gov

**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | CR. NO. 2:06-cr-108-MHT |
| **GARRETT ALBERT DYKES** | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Christine Freeman.

Respectfully submitted,

LEURA GARRETT CANARY
UNITED STATES ATTORNEY


/s/ Susan Redmond
SUSAN REDMOND
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
(334) 223-7280
(334) 223-7135 fax
susan.redmond@usdoj.gov