IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:06cr108-MHT |
| **GARETT ALBERT DYKES** | ) | |

### ORDER

There being no objection, it is ORDERED that defendant Garett Albert Dykes's motion to correct typographical error (doc. no. 17) is granted.

DONE, this the 28th day of July, 2006.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE