IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.   ) | CRIMINAL ACTION NO. |
| ) | 2:06cr108-MHT |
| **GARETT ALBERT DYKES** ) | |

### ORDER

Because this court is bound by <u>United States v. Maxwell</u>, 446 F.3d 1210 (11th Cir. 2006), until that decision is overruled by the Eleventh Circuit en banc or the Supreme Court, <u>United States v. Smith</u>, 122 F.3d 1355, 1359 (11th Cir. 1997), <u>cert. denied</u>, 522 U.S. 1021 (1997), it is ORDERED that the motion to dismiss for lack of jurisdiction (Doc. No. 16) is denied.

DONE, this the 3rd day of August, 2006.

                          /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE