IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.          ) | CR. NO. 2:06-cr-108-MHT |
| ) | |
| GARRETT ALBERT DYKES ) | |

**O R D E R**

Upon consideration of the motion for writ of habeas corpus ad prosequendum, filed July 27, 2006, and for good cause shown, it is

ORDERED that the motion is GRANTED. The Clerk of this Court is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to Elmore County Jail, Wetumpka, Alabama, commanding it to deliver Garrett Albert Dykes to any United States Marshal or Deputy United States Marshal, and directing said Marshal or Deputy to bring said prisoner before this court, to be held at Montgomery, Alabama, on September 7, 2006, at 10:00 am, and to return the prisoner to said official when the court shall have finished with him.

Done this 4th day of August, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE