AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

__MIDDLE__ DISTRICT OF __ALABAMA__

UNITED STATES OF AMERICA

V.

GARETT ALBERT DYKES

**NOTICE**

CASE NUMBER: 2:06cr00108-MHT

TYPE OF CASE:

☐ CIVIL      X CRIMINAL

☐ TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

SENTENCING HEARING before Judge Myron H. Thompson

X TAKE NOTICE that a proceeding in this case has been RESCHEDULED as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| The Frank M. Johnson, Jr. United States Courthouse Complex One Church Street Montgomery, AL 36104 | September 7, 2006, 10:00 a.m. | **September 7, 2006 at 2:00 p.m.** Courtroom 2FMJ |

DEBRA P. HACKETT, CLERK OF COURT
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

August 30, 2006
DATE

(BY) DEPUTY CLERK