**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT
CLERK

TELEPHONE:
334 954-3600

September 6, 2006

# NOTICE OF CORRECTION

TO:             COUNSEL OF RECORD

FROM:       Sheila Carnes, Deputy Clerk

SUBJECT:   USA v Garett Albert Dykes
                    Cr No. 2:06cr108-MHT

Attached is the correct PDF for document entry 29. Please note that the docket entry has been modified to correct the sentencing date.