IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.   ) | **CRIMINAL ACTION NO.** |
| ) | **2:06cr108-MHT** |
| **GARETT ALBERT DYKES**   ) | |

### ORDER

It is ORDERED as follows:

(1) Defendant Garett Albert Dykes's motion to continue sentencing (Doc. No. 28) is granted.

(2) Sentencing for defendant Dykes, now set for September 7, 2006, is reset for September 27, 2006, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama 36104.

DONE, this the 6th day of September, 2006.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**