UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.  2:06-cr-108-MHT-CSC |
| | ) | |
| GARRETT ALBERT DYKES | ) | |

O R D E R

Upon consideration of the motion for writ of habeas corpus ad prosequendum, filed September 6, 2006, and for good cause shown, it is

ORDERED that the motion is GRANTED.  The Clerk of this Court is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to the Elmore County Jail, Wetumpka, AL, commanding it to deliver GARRETT ALBERT DYKES to any United States Marshal or Deputy United States Marshal and directing said Marshal or Deputy to bring said prisoner, before this court, to be held at Montgomery, Alabama, on September 27, 2006 at 10:00am, and to return said prisoner to said official when the Court has finished with him.

DONE this the _____ day of September, 2006.

_____
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE