IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| UNITED STATES OF AMERICA | ) |  |
|---|---|---|
|  | ) |  |
| V. | ) | CASE NO: 2:06-cr-108-MHT |
|  | ) |  |
| GARETT ALBERT DYKES | ) |  |

RECEIVED
2006 SEP -8  A 11: 36

## MOTION TO SEAL PSYCHOLOGICAL EVALUATION

**NOW COMES** the Defendant, Garett Albert Dykes, by and through undersigned counsel, Christine A. Freeman, and respectfully requests that the Psychological Evaluation filed on September 8, 2006, by Dr. Guy J. Renfro, be filed and placed **under seal** due to the sensitive information contained.

Respectfully submitted,

/s/ Christine A. Freeman

CHRISTINE A. FREEMAN
TN BAR NO.: 11892
Attorney for Defendant
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Christine_Freeman@fd.org

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | )   CASE NO: 2:06-cr-108-MHT |
| | ) |
| GARETT ALBERT DYKES | ) |

### CERTIFICATE OF SERVICE

I hereby certify that I have this 8th day of September 2006, served a copy of the foregoing **MOTION TO SEAL PSYCHOLOGICAL EVALUATION** upon the following, by **HAND DELIVERING** a copy of the same to the following addresses:

Susan R. Redmond, Esquire
Assistant U.S. Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

_____
**CHRISTINE A. FREEMAN**
TN BAR NO.: 11892
Attorney for Defendant
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353