IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:06cr108-mht |
| | ) | |
| GARETT ALBERT DYKES | ) | |

## ORDER

Upon consideration of the motion to seal psychological evaluation (doc. # 34) filed by the defendant on September 8, 2006, it is

ORDERED that the motion to seal (doc. # 34) be and is hereby GRANTED. It is further

ORDERED that the defendant's psychological evaluation (doc. # 35) be and is hereby **PLACED UNDER SEAL** until further order of this Court.

Done this 12th day of September, 2006.

                                       /s/Charles S. Coody
                                       CHARLES S. COODY
                                       CHIEF UNITED STATES MAGISTRATE JUDGE