# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.   MYRON H. THOMPSON,   JUDGE          AT MONTGOMERY  ALABAMA

DATE COMMENCED   September  27, 2006       AT  10:20   A.M./P.M.

DATE COMPLETED   September  27, 2006       AT  12:32   A.M./P.M.

UNITED STATES OF AMERICA                   Criminal Action
                                           2:06cr108-MHT
        VS.

GARETT ALBERT DYKES

---

| PLAINTIFF/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| AUSA Todd A. Brown | X | Atty Christine A. Freeman |
| | X | |
| | X | |

COURT OFFICIALS PRESENT:

| | | |
|---|---|---|
| Anthony Green, Courtroom Clerk | Daniel Korobkin, Law Clerk | Mitchell Reisner, Court Reporter |

---

PROCEEDINGS:

( )  NONJURY TRIAL
(x)  OTHER PROCEEDING:        SENTENCING HEARING

| | |
|---|---|
| 10:20 a.m. | Sentencing hearing commenced.  Summary of plea agreement stated on the record. Probation does not agree with plea agreement. Defendant's objections to presentence report. Court overrules objections. Witnesses sworn. Government's evidence presented. Defendant's evidence commenced. Defendant's Exhibit 1 presented. Exhibit 1 admitted by court. |
| 11:30 a.m. | Recess. |
| 12:05 p.m. | **In-chambers on the record conference.** Defendant's oral stipulation re: acceptance of responsibility. Court accepts stipulation. |
| 12:09 p.m. | Recess. |
| 12:12 p.m. | Sentencing hearing continues. Court grants motion for variance, as stated on the record. |
| 12:14 p.m. | Recess for probation to amend sentence and statement of reasons. |
| 12:25 p.m. | Sentencing hearing continues. Sentence imposed. |
| 12:32 p.m. | Hearing concluded. |