IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| VS. | ) | 2:06cr108-MHT |
| | ) | |
| | ) | |
| GARETT ALBERT DYKES | ) | |

GOVERNMENT                                                      DEFENDANT

WITNESS LIST

1. TRACEY DYKES

2. CRISTY DARDEN

3. BRANT JONES

4. JOAN JONES

5. JENNIFER PEGUES