| | | DEFENDANT'S EXHIBITS<br><br>SENTENCING HEARING | | | | USA<br><br>v<br><br>GARETT ALBERT DYKES<br>2:06cr108-MHT |
|---|---|---|---|---|---|---|

| | | | | | | JUDGE MYRON H. THOMPSON<br>MITCHELL REISNER, COURT REPORTER |
|---|---|---|---|---|---|---|
| ADMITTED | DATE OFFERED | DATE IDENTIFIED | NO | WITNESS | OBJ | DESCRIPTION |
| YES | 9/27/2006 | 9/27/2006 | 1 | | | Letter From Pat and Al Dykes |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | *Exhibit located in expansion folder w/case file |