IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CRIMINAL ACTION NO. |
| ) | 2:06cr108-MHT |
| GARETT ALBERT DYKES ) | |

### ORDER

It is ORDERED as follows:

(1) Defendant Garett Albert Dykes's motion to amend (Doc. No. 45) is granted.

(2) The judgment entered September 29, 2006 (Doc. No. 43), is amended to include the following:

    (a) Defendant Dykes's sentence shall be served concurrent with any state sentence imposed in connection with his state court conviction in Elmore County Circuit Court on related charges.

    (b) It is recommended that defendant Dykes receive time-served credit against his federal sentence

for time spent in state pretrial detention from January 10, 2005, to September 22, 2006.

DONE, this the 5th day of October, 2006.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**