IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| ) | |
| v.  ) | Crim. Action No. 2: 06-cr-108-MHT |
| ) | |
| ) | |
| GARETT ALBERT DYKES  ) | |

## NOTICE OF APPEAL

**NOW COMES** the Defendant, by and through undersigned counsel, and files this notice of appeal from the Judgment of Conviction entered on September 29, 2006 (D.E. 43) and from the Order entered August 3, 2006 (D.E. 24). As specfically reserved in the Plea Agreement entered in this matter and accepted by the Court (D.E. 11, pp. 5 - 6), the Defendant has reserved the right to appeal the Court's denial of his Motion to Dismiss for lack of jurisdiction (D.E. 16).

The Defendant is entitled pursuant to 18 U.S.C. § 3006A(d)(6) to proceed with this appeal without prepayment of fees and costs or security therefore and without filing the affidavit required by Section 1915(a) of Title 28.

Respectfully submitted,

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Garett Dykes
Federal Defenders

>Middle District of Alabama
>201 Monroe Street, Suite 407
>Montgomery, AL 36104
>TEL:  (334) 834-2099
>FAX: (334) 834-0353
>E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

>Todd Brown, Esquire
>Assistant United States Attorney
>One Court Square, Suite 201
>Montgomery, Alabama 36104

>Respectfully submitted,

>**s/Christine A. Freeman**
>**CHRISTINE A. FREEMAN**
>**TN BAR NO.: 11892**
>Attorney for Garett Dykes
>Federal Defenders
>Middle District of Alabama
>201 Monroe Street, Suite 407
>Montgomery, AL 36104
>TEL:  (334) 834-2099
>FAX: (334) 834-0353
>E-Mail: Christine_Freeman@fd.org