IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA    ) | |
| ) | |
| v.    ) | CRIMINAL ACTION NO. |
| ) | 2:06cr108-MHT |
| GARETT ALBERT DYKES    ) | |

## ORDER

It is ORDERED that the motion to extend time for filing notice of appeal (Doc. No. 46) is denied as moot.

DONE, this the 6th day of October, 2006.

              /s/ Myron H. Thompson
         UNITED STATES DISTRICT JUDGE