IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA          )
                                  )
          V.                      )          CASE NO: 2:06-cr-108-MHT
                                  )
GARETT ALBERT DYKES               )

## UNOPPOSED MOTION TO SUPPLEMENT THE RECORD

**COMES NOW** the Appellant, Garett Albert Dykes ("Mr. Dykes"), by and through his undersigned counsel, Christine Freeman, and pursuant to Federal Rule of Appellate Procedure 10, respectfully moves this Honorable Court  to permit him to supplement the record on appeal.  As grounds for granting this Motion, undersigned counsel sets forth the following:

1.      Mr. Dykes is arguing in his appeal brief that  18 U.S.C. §2251(a) is unconstitutional on its face because it exceeds Congress' power under the Commerce Clause of the United States Constitution by regulating activity that is purely local and noncommercial.

2.      Mr. Dykes also argues in his appeal brief that 18 U.S.C. §2251(a) is unconstitutional as applied to the facts of his case because his production of one videotape containing child pornography, which never left his home results in an attenuated connection between his activity and interstate commerce. Additionally, Mr. Dykes asserts in his appeal brief that this Court's holding in *United States v. Maxwell*, 446 F.3d 1210 (11th Cir. 2006), misapplies the U.S. Supreme Court's opinion in *Gonzalez v. Raich*, 545 U.S. 1 (2005).

3.      In and effort to support these arguments, Mr. Dykes' makes reference to the criminal sentence of imprisonment entered against him on October 27, 2006, in the Circuit Court of Elmore

1

County, Alabama for, among other things, production of obscene material involving a person under twelve years of age in violation of Alabama Code 13A-12-197.

4.    The sentencing hearing transcript from the Circuit Court of Elmore County, Alabama has not previously been made a part of the record in this case. However, Mr. Dykes' seeks to have this sentencing transcript made a part of the record on appeal.

5.    Mr. Dykes is currently incarcerated.

6.    The United States Attorney involved in this case has indicated that he does not oppose this motion or the supplementation of the record on appeal.

7.    Although the materials sought to be added may not "conclusively resolve [the] issue on appeal, [this Court] may allow supplementation in the aid of making an informed decision." *United States v. Millon Air, Inc.,* 341 F.3d 1220, 1225 n.4 (11th Cir. 2003)(citing *Cabalceta v. Standard Fruit Co.,* 883 F.2d 1553, 1555 (11th Cir. 1989).

**ACCORDINGLY,** Garett Dykes respectfully requests that this Court grant his Motion to Supplement the Record on Appeal.

Respectfully submitted,

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
TN BAR NO.: 11892
Attorney for Garett A. Dykes
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:   (334) 834-2099
FAX:   (334) 834-0353
E-Mail: Christine_Freeman@fd.org

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 24, 2007, I electronically filed the foregoing with the Clerk

of the Court using the CM/ECF system, which will send notification of such filing to the following:

Susan Redmond, Esquire, Assistant United States Attorney, One Court Square, Suite 201,

Montgomery, Alabama 36104.

<div style="margin-left: 40%;">

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
TN BAR NO.: 11892
Attorney for Garett A. Dykes
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:   (334) 834-2099
FAX:   (334) 834-0353
E-Mail: Christine_Freeman@fd.org

</div>

**APPENDIX A**

1

```
1                IN THE CIRCUIT COURT
2            OF ELMORE COUNTY, ALABAMA
3    STATE OF ALABAMA,
4              Plaintiff,
5    VS.                       X      CC-05-213
6    GARRETT DYKES,
7              Defendant.
8    _____/
9               SENTENCING HEARING
10       The above-styled cause came on to be heard
11    before the Hon. John B. Bush, Circuit Judge
12    for the 19th Judicial Circuit of Alabama
13    commencing on October 27, 2006, at the Elmore
14    County Courthouse, Wetumpka, Alabama.
15
16               A P P E A R A N C E S
17
18          FOR THE STATE OF ALABAMA:
19             Hon. Glenn Goggans.
20
21          FOR THE DEFENDANT:
22             Hon. D. Wayne Perdue.
23
24    COURT REPORTER FOR THESE PROCEEDINGS:  DUB HARRIS
25
```

2

1              PROCEEDINGS
2          BY THE COURT:  Dub, this is case number
3    CC-05-213, State of Alabama versus Garrett
4    Dykes, Mr. Dykes is here with his lawyer Mr.
5    Wayne Perdue, having previously entered pleas
6    of guilt to four counts of production of
7    obscene matter involving a person under twelve
8    years of age, and nine counts of sexual abuse
9    in the first degree.  We're here today for
10   sentencing.  Wayne, have y'all had an
11   opportunity to review the report?
12         BY MR. PERDUE:  We have.
13         BY THE DEFENDANT:  Yes, sir.
14         BY THE COURT:  Do you have anything to
15   add to it?
16         BY MR. PERDUE:  No, sir.
17         BY THE DEFENDANT:  No, sir, Your Honor.
18         BY THE COURT:  All right.  The court
19   having accepted your pleas of guilt,
20   adjudicates you guilty to four counts of
21   production of obscene matter involving a
22   person under twelve years of age, and nine
23   counts of sexual abuse in the first degree. Do
24   you have anything to say to why the sentence
25   of law should not be imposed on you, or

1    anything that you'd like to say before the
2    court imposes sentence?
3         BY THE DEFENDANT:  No, sir, Your Honor.
4         BY THE COURT:  All right.  Pursuant to
5    the plea agreement, the court sentences you to
6    serve a term of twentyone years in the
7    pentitentiary on these four counts of
8    production of obscene material involving a
9    person under the age of twelve;
10        And ten years in the penitentiary on the
11   nine counts of sexual abuse in the first
12   degree.
13        The court orders that you receive credit
14   for time that you have served, that each of
15   these sentences be served concurrently each
16   with the other, and also concurrent with your
17   federal time.
18        Further in this case, the court orders
19   that you pay court costs, fifty dollars
20   Victims Compensation Commission, restitution
21   in the amount of ten thousand eight hundred
22   seventy six dollars and thirty-three cents to
23   the Alabama Crime Victims Compensation
24   Commission, and reimburse the state seven
25   hundred fifty dollars to be applied against

4

1   Mr. Perdue's attorney's fees.

2        Payment of those monies would be

3   conditions your release or parole, which in

4   other words, when you get out, you need to

5   touch base with the clerk's office and set up

6   a payment schedule to pay these monies.

7        BY MR. GOGGANS:  Your Honor, he's in

8   primary federal custody, and it's their

9   understanding, this sentence, he will serve

10  the federal time, that's where he would be

11  serving that federal time, and this would be

12  running CC with that.

13       BY MR. PERDUE:  Further, the concurrent

14  time begins January 10, 2005.  He's been in

15  confinement since that time, and that's the

16  plea agreement on the state and federal side,

17  that he gets credit for the time he's been in

18  jail, on both sides.

19       BY THE COURT:  Right.  And January 10,

20  '05?

21       BY MR. PERDUE:  Yes.

22       BY THE COURT:  I knew he had been in jail

23  since he had been arrested, but I didn't know

24  what the date was.

25       BY THE DEFENDANT:  Thank you, Your Honor.

5

1          BY THE COURT:  All right.  Good luck, Mr.

2     Dykes.

3          BY THE DEFENDANT:  I appreciate it.

4          BY THE COURT:  All right, Thank you.

5                    (Court adjourned)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

6

```
 1                C E R T I F I C A T E
 2
 3    STATE OF ALABAMA,
 4    COUNTY OF ELMORE
 5
 6            I, DUB HARRIS, Special Roving Court
 7    Reporter of the 19th Judicial Circuit for the State
 8    of Alabama, do hereby certify as follows:
 9            THAT I reported in shorthand the
10    foregoing proceedings in the foregoing styled
11    Cause at the time and place stated heretofore;
12            THAT I later reduced my shorthand notes
13    to computer-aided transcription, and the foregoing
14    pages contain a full, true and correct transcript
15    of the proceedings and testimony as herein set
16    out;
17            THAT I am neither of kin nor of counsel
18    to the parties to said cause, nor in any manner
19    interested in the results thereof.
20            DONE this 1st day of November, 2006.
21
22    _____
23              DUB HARRIS, REPORTER
24
25
```