IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:06cr108-MHT |
| **GARETT ALBERT DYKES** | ) | |

## ORDER

It is ORDERED that the motion to supplement the record (doc. no. 51) is granted.

DONE, this the 26th day of January, 2007.

                                        /s/ Myron H. Thompson
                                   **UNITED STATES DISTRICT JUDGE**