# United States Court of Appeals
For the Eleventh Circuit

No. 06-15484

District Court Docket No.
06-00108-CR-T-N

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

May 30, 2007

THOMAS K. KAHN
CLERK

UNITED STATES OF AMERICA,

    Plaintiff-Appellee,

versus

GARETT ALBERT DYKES,

    Defendant-Appellant.

A True Copy - Attested
Clerk U.S. Court of Appeals,
Eleventh Circuit

[signature]
Deputy Clerk
Atlanta, Georgia

---

Appeal from the United States District Court
for the Middle District of Alabama

---

## JUDGMENT

It is hereby ordered, adjudged, and decreed that the attached opinion included herein by reference, is entered as the judgment of this Court.

    Entered: May 30, 2007
For the Court: Thomas K. Kahn, Clerk
    By: Jackson, Jarvis

ISSUED AS MANDATE
JUN 2 8 2007
U.S. COURT OF APPEALS
ATLANTA, GA.

RECEIVED 2007 JUN 29 A 10: 40
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA