IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

UNITED STATES OF AMERICA    )
                            )
         v.                 )    CRIMINAL ACTION NO.
                            )      2:06cr108-MHT
GARETT ALBERT DYKES         )

ORDER

Upon consideration of the opinion of the United
States Court of Appeals for the Eleventh Circuit entered
on May 30, 2007, affirming the judgment of conviction and
sentence pronounced in this case as to defendant Garett
Albert Dykes on September 27, 2006, entered on September
29, 2006 (Doc. no. 43), and amended on October 5, 2006
(Doc. no. 47), and the mandate of the United States Court
of Appeals for the Eleventh Circuit issued on June 28,
2007, and received in the office of the clerk of this
court on June 29, 2007 (Doc. no. 54), it is the ORDER,
JUDGMENT, and DECREE of the court that the judgment of
conviction and sentence pronounced upon defendant Garett

Albert Dykes on September 27, 2006, entered on September

29, 2006 (Doc. no. 43), and amended on October 5, 2006

(Doc. no. 47), is continued in full force and effect.

DONE, this the 9th day of July, 2007.


    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE