# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

October 16, 2007

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

**Appeal Number: 06-15484-GG**
Case Style: USA v. Garett Albert Dykes
District Court Number: 06-00108 CR-T-N

The Supreme Court has denied certiorari. The court's mandate having previously issued, no further action will be taken by this court.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Tonya Richardson (404) 335-6178

c: District Court Judge

MDT-4 (04-2007)

RECEIVED

2007 OCT 18 A 10: 44

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY  AL  36104-4055

---

October 16, 2007

**Appeal Number: 06-15484-GG**
Case Style: USA v. Garett Albert Dykes
District Court Number: 06-00108 CR-T-N

TO:   Debra P. Hackett

CC:   Hon. Myron H. Thompson

CC:   Administrative File